WILLIAM JOSEPH DALY *vs.* NEW YORK, NEW HAVEN AND
HARTFORD RAILROAD COMPANY.

Norfolk.  February 10, 1933. — May 22, 1933.

Present: RUGG, C.J., CROSBY, WAIT, DONAHUE, & LUMMUS, JJ.

*Practice, Civil,* Ordering verdict, Requests, rulings and instructions.

Where there was no uncontroverted or indisputable evidence requiring
a verdict for the defendant at the trial of an action of tort for per-
sonal injuries, and there was evidence warranting a verdict for the
plaintiff, a motion by the defendant that a verdict be ordered in his
favor properly was denied.

No error is committed by a trial judge in refusing to give instructions to
the jury based on specially selected assumed facts, even if the facts
so assumed are subsequently found by the jury and are the only
material facts.

TORT for personal injuries sustained when the plaintiff
was thrown to the ground as he was boarding a passenger
train of the defendant.  Writ dated September 19, 1928.

The action was tried in the Superior Court before
*Williams,* J.  The judge denied a motion by the defendant
that a verdict be ordered in its favor.  Subject to leave
reserved under G. L. (Ter. Ed.) c. 231, § 120, a verdict for
the plaintiff in the sum of $9,850 was recorded.  The judge
thereafter denied a motion by the defendant that a verdict
be entered in its favor.  The defendant alleged exceptions.

*E. J. Phillips,* (*H. Lawlor* with him,) for the defendant.

*J. H. Devine,* (*A. G. Tierney* with him,) for the plaintiff.

WAIT, J.  We find no merit in the exceptions here taken.
There was no uncontroverted or indisputable evidence
upon which the trial judge could direct a verdict.  He was
right in denying the defendant's motion for direction in its
favor.  Nor was he bound to instruct as requested.  If the
facts were found to be as assumed in the requests and to be
the only material facts, instructions in accord therewith
would not have been erroneous; but the judge was not
bound to charge on specially selected facts.  *Barnes* v.

*Berkshire Street Railway Co.* 281 Mass. 47, 50–51.  The charge sufficiently covered the issues and the evidence. No rule of law was omitted to which the defendant was entitled.  No error appears.

*Exceptions overruled.*